United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:25-MJ-00754 |
| | § | |
| JAVIER SEBASTIAN VAZQUEZ-PONCE | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong.  Many factors weigh in favor of setting bond in this case, such as the defendant's lack of criminal history, his residing in the United States since the age of 14, a lack of a serious substance abuse problem.  However, the defendant is not a citizen of the United States. While the defendant is a lawful permanent resident, he will almost certainly be deported if convicted. The defendant's girlfriend is a citizen of Mexico and resides there. The defendant crosses the U.S. Mexican border approximately 20-25 times a month. Additionally, the facts of this case indicate the defendant attempted to purchase a .50 caliber semi-automatic firearm which was to be delivered to the Gulf Cartel in Mexico. The firearm at issue is a weapon of war intended to be trafficked to a dangerous criminal organization. The facts of the case, in connection with the defendant's ties to

Mexico, weigh heavily in favor of detention. If the defendant were released on bond, he would have little incentive to return to court. The defendant presents a serious risk of flight and is ORDERED detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on December 9, 2025.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge